UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY M FICH,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

Case No. C19-5548 BHS-TLF

REPORT AND RECOMMENDATION

Noted for June 5, 2020

Plaintiff filed an application for leave to proceed *in forma pauperis* (IFP) and a proposed federal habeas petition pursuant to 28 U.S.C. § 2254. Dkt. 1. To file a complaint and initiate legal proceedings plaintiff must pay a Court filing fee of $5.00 or file a proper IFP application. Local Civil Rule 3(b), (c).

Plaintiff filed his application and proposed complaint on June 1, 2019. Dkt. 1. On June 17, 2019, the Clerk's Office sent plaintiff a letter informing plaintiff that his application was deficient—that it did not include a certified copy of the prison trust account statement showing transactions for the last six months—and giving plaintiff until July 17, 2019, to provide either the filing fee or a complete IFP application. Dkt. 5. To date, plaintiff has not paid the filing fee or filed a proper IFP application. Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

1   The parties have **fourteen (14) days** from service of this Report and
2   Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6;
3   FRCP 72(b). Failure to file objections will result in a waiver of those objections for
4   purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time
5   limitation, this matter shall be set for consideration on **June 5, 2020** as noted in the
6   caption.

8   Dated this 14th day of May, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2