# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TROY M. FICH,<br><br>            Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>            Respondent. | CASE NO. C19-5548 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 1, is **DISMISSED** without prejudice; and

(4) This case is closed.

Dated this 19th day of June, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1